IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FRANK NELLOM,                     :    CIVIL ACTION
                                  :    No. 15-1229
          Plaintiff,             :
                                  :
     v.                           :
                                  :
THE DELAWARE COUNTY DOMESTIC      :
RELATIONS SECTION, et al.,        :
                                  :
          Defendants.            :

## O R D E R

**AND NOW**, this **17th** day of **November, 2015,** it is hereby

**ORDERED** as follows:

(1)  Defendants' Motion to Dismiss (ECF No. 36) is
     **GRANTED,** and Plaintiff's Amended Complaint (ECF
     No. 35) is **DISMISSED with prejudice;**

(2)  Plaintiff's Motion for Summary Judgment (ECF No.
     37) is **DENIED as moot;** and

(3)  The Clerk of Court shall mark the case as **CLOSED.**


**AND IT IS SO ORDERED.**


                    **/s/ Eduardo C. Robreno**
                    **EDUARDO C. ROBRENO,    J.**